**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BARBARA ANN NATRESS,

                Plaintiff,

vs.                                            Case No.   3:12-cv-679-J-34JRK

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 20; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on August 2, 2013. In the Report, Magistrate Judge Klindt recommends that the Court direct the Clerk of Court to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) and purusant to 42 U.S.C. § 1383(c)(3) affirming the Commissioner's final decision. See Report at 3 and 14. Plaintiff filed her Objection to Report and Recommendation Dated August 2, 2013 (Dkt. No. 21; Objection), and Defendant filed a response thereto (Dkt. No. 22; Response). The matter is now ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Plaintiff's objection is that

> [t]he Magistrate Judge's Report and Recommendation improperly rejected Plaintiff's Argument that the ALJ's failure to include all of Ms. Natress' impairments in the residual functional capacity assessment at step four of the sequential evaluation process and the hypothetical question posed to the vocational expert at steps four and five is reversible error.

Objection at 2. Specifically, Plaintiff contends that the ALJ: 1) omitted the word "repetitive" contained in the residual functional capacity assessment from the hypothetical posed to the vocational expert who was asked to assume Plaintiff was limited "to a simple routine task with no quotas and this person needs some planning assistance,"[1] and 2) failed to account for her moderate limitations in maintaining concentration, persistence, and pace in either the residual functional capacity assessment or the hypothetical posed to the vocational expert. Id. at 2-3 and 7-8.

The Court has conducted an independent review of the entire file, which includes the submissions considered by the Magistrate Judge,[2] the Transcript of Administrative Proceedings, Dkt. No. 11, the Report, Plaintiff's Objection and Defendant's Response. For

---

[1] Defendant asserts that Plaintiff did not present this argument to the Magistrate Judge. See Response at 1. The Court has considered Plaintiff's argument in reviewing the record.

[2] See Dkt. Nos. 1, Complaint; 2, Answer; 14, Plaintiff's Brief; 17, Memorandum in Support of the Commissioner's Decision; 18, Notice of Supplemental Authority; and 19, Response to Notice of Supplemental Authority.

the reasons stated in the Magistrate Judge's Report, the Court finds that the ALJ's decision was supported by substantial evidence. The Court will overrule Plaintiff's Objection, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objection to Report and Recommendation Dated August 2, 2013 (Dkt. No. 21) is **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Dkt. No. 20) is **ADOPTED** as the opinion of the Court.

3. The Clerk of Court is directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) and pursuant to 42 U.S.C. § 1383(c)(3) **AFFIRMING** the Commissioner's final decision

4. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of September, 2013.

**MARCIA MORALES HOWARD**
United States District Judge

Copies to:
The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record